MAMIE DAWSON, WIDOW, *ETC.* v.
HATFIELD WIRE & CABLE CO.

December 1, 1970. Petition for certification granted.

ESTELLE J. EVANS v. PRIOR TYPEWRITER CO.

December 1, 1970. Petition for certification denied.

GUIDO ACETO v. THE NATIONAL COMMUNITY BANK
OF RUTHERFORD, *ETC.*

December 1, 1970. Petition for certification denied.

DAVID STERLING v. BOARD OF REVIEW, DIVISION OF
EMPLOYMENT SECURITY, DEPARTMENT OF LABOR
& INDUSTRY.

December 1, 1970. Petition for certification denied.

IN THE MATTER OF GERARDO CATENA CHARGED WITH
CIVIL CONTEMPT OF THE STATE COMMISSION OF
INVESTIGATION.

STATE COMMISSION OF INVESTIGATION v.
GERARDO CATENA.

December 1, 1970. Petition for certification denied.